**FILED**

03/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0640

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No.  DA 21-0640

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

ANTHONY CHINCHOLL,

      Defendant and Appellant.

## GRANT OF EXTENSION

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 27, 2022 to prepare, file and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 28 2022